In the Matter of JOHN CASE et al., Doing Business under the Name of CASE & SMITH LUMBER COMPANY, Judgment Creditors, Respondents, against PAUL V. PANZARELLA, Judgment Debtor, Appellant.

ANDERSON BRICK AND SUPPLY Co., INC., Appellant.

Submitted February 21, 1944; decided March 2, 1944.

*Morris Wagman* for motion.

*Joseph Kramer* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that no leave may be granted by this court. (Civ. Prac. Act, § 589, subd. 1.)